UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>A. MARTINEZ, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-0817-AWI-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY**<br><br>**(ECF No. 19)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. On October 30, 2013, the undersigned found that Plaintiff could not proceed in forma pauperis because he had three "strikes" under 28 U.S.C. § 1915(g) and had not shown he was under imminent danger of serious injury at the time he initiated this action. (ECF No. 5.) Plaintiff was ordered to pay the filing fee in full within fourteen days. (Id.) Plaintiff filed objections to the order (ECF No. 6), but did not pay the fee.

December 2, 2013, the undersigned filed findings and recommendations that Plaintiff's action be dismissed for failure to obey the Court's order that he pay the filing fee. (ECF No. 7.) The undersigned addressed, but rejected, the arguments raised in Plaintiff's objections. (Id. at 2.) On March 7, 2014, the District Judge assigned to this

case adopted the findings and recommendations (ECF No. 12), judgment was entered thereon (ECF No. 13), and the case was closed.

Plaintiff appealed the dismissal to the United States Court of Appeals for the Ninth Circuit (ECF No. 14), but that Court has not yet ruled on the appeal.

Before the Court is Plaintiff's August 4, 2014 motion for a copy of his objections to the Court's October 30, 2013 order, which Plaintiff states are necessary to brief his appeal. (ECF No. 19.) Plaintiff states that he originally submitted two copies of his objections, but a file stamped copy was never returned to him. (Id.) He asserts that he twice requested a copy of the objections but was sent the wrong document. (Id.)

Good cause being shown, and good cause appearing therefore, the Court HEREBY GRANTS Plaintiff's motion. (ECF No. 19.) The Clerk's Office shall send Plaintiff one (1) copy of his objections filed November 14, 2013, and appearing at ECF No. 6.

IT IS SO ORDERED.

Dated:  August 20, 2014         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE